MINUTE ENTRY
VAN MEERVELD
April 30, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DORIELL HAYES,<br>*Plaintiff* | * <br> * <br> * | CIVIL ACTION<br>NO.   23-144 |
| VERSUS | * <br> * | SECTION:   "G" (1) |
| WALTER WILEY, JR., ET AL.,<br>*Defendants* | * <br> * <br> * <br> * | JUDGE NANNETTE JOLIVETTE BROWN<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

A settlement conference was held on Tuesday, April 30, 2024.

PRESENT FOR:

*Plaintiff:*    Taylor Breland, Doriell Hayes

*Defendant:*    Matthew Bailey, Mike Ternberg

Negotiations were successful and resulted in the settlement of all claims. The material terms of the CONFIDENTIAL settlement were memorialized on the record, and shall remain under SEAL unless otherwise ordered by the Court. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

*[signature: Janis van Meerveld]*
Janis van Meerveld
United States Magistrate Judge

MJSTAR: 02:30